# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

NEW CINGULAR WIRELESS PCS )
LLC, d/b/a AT&T MOBILITY, )
                                )

    Plaintiff, )      Case No. 4:25-CV-01266-CMS
                                )

v. )

                                )
CITY OF ST. PETERS, MISSOURI, )

                                )
    Defendant. )

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

1.      An ADR conference was held on June 23, 2026.

2.      All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority.

3.      The ADR referral was concluded on July 15, 2026.

4.      The parties achieved a settlement in principle.

5.      The settlement in principle is subject to approval by the City of St. Peters. Upon approval, the parties anticipate filing a joint stipulation of dismissal following completion of the agreement's terms.

Dated: July 29, 2026          Respectfully submitted,

By: */s/ Sasha D. Riedisser*
Luke G. Maher
Sasha D. Riedisser
Norton Rose Fulbright US LLP
7676 Forsyth Blvd., Suite 2230
St. Louis, Missouri 63105
Telephone: (314) 505-8800
Facsimile: (314) 505-8899
Luke.maher@nortonrosefulbright.com
Sasha.riedisser@nortonrosefulbright.com
Attorneys for Plaintiff

1